**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MOHAMMED T. AKHTAR,** | |
| Plaintiff, | No. 13 CV 8286 |
| v. | |
| **TARGET CORPORATION,** | Hon. Edmond E. Chang<br>Judge Presiding |
| Defendant. | Mag. J. Maria Valdez |

## STIPULATION OF DISMISSAL

Plaintiff, MOHAMMED T. AKHTAR, and Defendant, TARGET CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| MOHAMMED T. AKHTAR, Plaintiff, | TARGET CORPORATION, Defendant, |
| /s/Kevin Vodak | /s/Abizer Zanzi |
| Kevin Vodak | Abizer Zanzi |
| Attorney for Plaintiff | One of the Attorneys for Defendant |
| Council on American-Islamic Relations, Chicago Chapter (CAIR-Chicago) | David P. Radelet |
| 17 N. State Street, Suite 1500 | Staci Ketay Rotman |
| Chicago, IL 60602 | Abizer Zanzi |
| Ph:   (312) 212-1520 | Franczek Radelet P.C. |
| Fax:   (312) 212-1530 | 300 S. Wacker Drive, Suite 3400 |
| | Chicago, IL 60606 |
| | Ph:   (312) 986-0300 |
| | Fax:   (312) 986-9192 |