IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MOHAMMED T. AKHTAR,** | |
|     Plaintiff, | No. 13 CV 8286 |
|   v. | Hon. Edmond E. Chang |
| **TARGET CORPORATION,** | Judge Presiding |
|     Defendant. | Mag. J. Maria Valdez |

## NOTICE OF FILING

TO:   David P. Radelet
        Staci Ketay Rotman
        Abizer Zanzi
        Franczek Radelet P.C.
        300 S. Wacker Drive, Suite 3400
        Chicago, IL 60606

     PLEASE TAKE NOTICE that on March 26, 2014, I caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, the following: **Stipulation of Dismissal**, a copy of which is hereby served on you.

                                            Respectfully submitted,

                                            /s/Kevin Vodak
                                            Kevin Vodak
                                            Council on American-Islamic Relations,
                                            Chicago Chapter
                                            (CAIR-Chicago)
                                            17 N. State Street, Suite 1500
                                            Chicago, Illinois 60602
                                            312.212.1520

## **CERTIFICATE OF SERVICE**

    I, Kevin Vodak, hereby certify that on March 26, 2014, I served a copy of the aforementioned materials to all counsel on record pursuant to the Court's CM/ECF filing system.

                                        /s/Kevin Vodak_____
                                        Kevin Vodak
                                        Council on American-Islamic Relations,
                                        Chicago Chapter
                                        (CAIR-Chicago)
                                        17 N. State Street, Suite 1500
                                        Chicago, Illinois 60602
                                        312.212.1520